# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 12, 2025

---

### NO. 03-23-00515-CV

---

**Gerald Bailey, Appellant**

**v.**

**William D. Spears and Phuong L. Spears, Appellees**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, CRUMP, AND ELLIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the judgment signed by the trial court on August 2, 2023. Gerald Bailey has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.